**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iM3NY LLC, *et al.*, | Case No. 25-10131 (BLS) |
| Debtors.[1] | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR iM3NY LLC (CASE NO. 25-10131) (BLS)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (i) iM3NY LLC (N/A); and (ii) Imperium3 New York, Inc. (4574). The address of the Debtors' corporate headquarters is 1093 Clark Street, Endicott, New York 13760.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iM3NY LLC, *et al.*, | Case No. 25-10131 (BLS) |
| Debtors.[1] | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY, DISCLAIMERS, AND
## SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### INTRODUCTION

The above captioned Debtors and debtors in possession (together, the "**Debtors**")[2] in the above-captioned chapter 11 cases, with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rules 1007-1 and 1007-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**").

On January 27, 2025 (the "**Petition Date**"), the Debtors each commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 12, 2025, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"). No trustee or examiner has been appointed in the chapter 11 cases.

These Global Notes, Methodology, Disclaimers and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. The Schedules and Statements do

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (i) iM3NY LLC (N/A); and (ii) Imperium3 New York, Inc. (4574). The address of the Debtors' corporate headquarters is 1093 Clark Street, Endicott, New York 13760.

[2]   Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms in the *Declaration of Lukasz P. Cianciara in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 10].

not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.  The Debtors, and their officers, employees, agents, attorneys, and financial advisors, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or recategorized.  The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.  The Schedules and Statements have been signed by an authorized representative of each of the Debtors.  In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.  The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## <u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>

1.    **<u>Reservation of Rights</u>**.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or the Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not in fact "disputed," "contingent" or "unliquidated."   Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions

of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim pursuant to section 502 of the Bankruptcy Code or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

2.    **Description of Cases and "as of" Information Date**. On the Petition Date, the Debtors each commenced with the Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 12, 2025, the U.S. Trustee appointed the Creditors' Committee. No trustee or examiner has been appointed in the chapter 11 cases.

The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on January 24, 2025, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on January 24, 2025.

3.    **Basis of Presentation**. The Schedules and Statements reflect the combined assets and liabilities of both Debtors, as all transactions are recorded under iM3NY LLC. While iM3NY LLC serves as the holding company and Imperium3 New York, Inc. function as the operating company. For financial reporting purposes, prior to the Petition Date, the Debtors historically prepared financial statements on a consolidated basis. These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or various equity holders on an intermittent basis. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

4.    **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the period ended January 24, 2025, as set forth in the Debtors' books and records. Additionally, because the book value of

- 3 -

certain assets, such as fixed assets, intangible assets, etc., may materially differ from their fair market value, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5. **Recharacterization**.   Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6. **Real Property and Personal Property—Leased**.   In the ordinary course of their businesses, the Debtors lease real or other property, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have included on **Schedule D** secured obligations to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

7. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods, subject to the methodology in these Global Notes, based on the information and research conducted in connection with the preparation of the Schedules and Statements.   As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued balances, deferred gains, and other contingent liabilities.  In addition, certain immaterial assets and liabilities may have been excluded.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected after the Petition Date, to the extent

- 4 -

such damage claims may exist.  In addition, certain immaterial assets and liabilities may have been excluded.

8.  **Insiders**.  Entities or individuals listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities or individuals are insiders for purposes of section 101(31) of the Bankruptcy Code.  Such entities or individuals may no longer serve in such capacities.  In the interest of additional disclosure, the Debtors may also have included certain entities or individuals who may have officer titles in their responses to **Statements, Part 13, Question 28**.

The listing of a party as an insider for purposes for the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements have been included for informational purpose only and such information may not be used for purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purposes.

9.  **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor, or vice versa. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10.  **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in **Schedule A/B 55**, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases, with the exception of confidentiality and non-disclosure agreements, have been set forth in **Schedule G**.

11.    **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment, any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.    **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have authority to pay certain outstanding prepetition claims pursuant to Bankruptcy Court order, including, but not limited to, certain orders the Bankruptcy Court entered within the first days of the Debtors' chapter 11 cases authorizing the Debtors to pay certain prepetition amounts (collectively, the "**First Day Orders**"). As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition claims. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

13.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

    b    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

- 6 -

14.    **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

15.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16.    **Guarantees and Other Secondary Liability Claims**.   The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements.   Where guarantees have been identified, they have been included in **Schedule H** for the affected Debtor(s).  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

17.    **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers or customers.  These offsets, and other similar rights, are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statements.

18.    **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

19.    **CONFIDENTIALITY.** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

1.    **Schedule A/B**.  Other than real property leases reported on **Schedule A/B 55**, the Debtors have not included unexpired leases and executory contracts on **Schedule A/B**.  Unexpired leases and executory contracts are listed on **Schedule G**.

2.    **Schedule A/B 3**.  Cash values held in financial accounts are listed on **Schedule A/B 3** as of the close of business on January 24, 2025.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.

3.      **Schedule A/B 11**.  Accounts receivable do not include intercompany receivables.   The debtors record and report their financials on a consolidated basis, as such intercompany receivables are netted out entirely.

4.      **Schedules A/B 15**.  Each Debtor's **Schedule A/B** includes its ownership interest, if any, in any subsidiaries.  In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time.  Because the Debtors did not undertake a historical analysis to assign values to the subsidiary stock, the value of the interest in subsidiaries is listed as "undetermined."

5.      **Schedules A/B 19-22.** The amounts set forth for these schedules reflect book value of the listed assets. The Debtors perform periodic cycle counts of inventory in lieu of full physical inventories.

6.      **Schedule A/B 72.** While the Debtors believe they have significant net operating loss carry forwards ("**NOLs**"), the Debtors have not included NOLs in their Schedules and Statements due to the difficulty in quantifying and allocating the NOLs by Debtor and non-Debtor entity as of the Petition Date.

7.      **Schedule A/B 73.** The Debtors' insurance policies are listed in **Schedule A/B 73** with an undetermined value.  In the event a Debtor prepaid for insurance, that amount is included in **Schedule A/B 8**.

8.      **Schedule D**.  The Debtors have not included on **Schedule D** parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

9.      **Schedule E/F**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on **Schedule E/F**, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on **Schedule E/F** was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on **Schedule E/F**.

Any information contained in **Schedule E/F** with respect to potential litigation shall not be a binding admission or representation of any Debtor's liability with respect to any of the potential suits and proceedings included therein.

Real estate taxes and certain other contingent accrued liabilities not reasonably estimated may have been excluded from **Schedule E/F**.

**Schedule E/F** reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid (subject to an order of the Bankruptcy Court) in connection with the assumption of executory contracts or unexpired leases.  Additionally, **Schedule E/F** does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

10. **Schedule G**.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts, or where such information may constitute confidential or personally identifiable information. Listing or omitting a contract or agreement on **Schedule G** does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on **Schedule G** may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on **Schedule G**.

Confidentiality and non-disclosure agreements may not be listed on **Schedule G**.

Certain of the contracts and agreements listed on **Schedule G** may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on **Schedule G** or that may be listed as a single entry.  In some cases, the same supplier or provider appears multiple times on **Schedule G**.  Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on **Schedule G** may have expired or terminated prior to the Petition Date.  The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on **Schedule G** expired or terminated prior to the Petition Date.  Additionally, some of the contracts, agreements, and leases listed on **Schedule G** may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on **Schedule G**, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on **Schedule G**.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on **Schedule G**.

11.    **Schedule H**.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on **Schedule H**.  All material litigation matters are listed under **Statement 7**, as applicable.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENTS

1.    **Statements 1 & 2**. The revenue amounts shown in response to this question are net of returns and allowances, coupons, discounts and shipping and handling. The amounts shown in response to these questions reflect third party and intercompany revenue.

2.    **Statement 3**.  The amounts listed in **Statement 3** reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on **Statement 3**.  In addition, for the sake of completeness and out of an abundance of caution, the Debtors may have listed transfers valued at less than $7,575 in their response to **Statement 3**.

3.    **Statement 4.**  The Debtors reserve all rights to dispute whether someone identified in response to **Statement 4** is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments or relocation reimbursement.  However, amounts paid on behalf of such employees for generally applicable employee benefit programs have not been included.  Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.  The Debtors have only listed the Debtor entity that disbursed the payment.

In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $7,575 in their response to **Statement 4**.

4.    **Statement 6**. The Debtors may incur setoffs resulting from the ordinary course of business with their counterparties.  Such setoffs are consistent with the ordinary course practices in the Debtors' industry.  Additionally, it would be overly burdensome and costly for the Debtors to list all such normal setoffs.  Therefore, **Statement 6** excludes such setoffs.

5.    **Statement 7**.  The actions described in response to **Statement 7** are the responsive proceedings or pending proceedings of which the Debtors are actually aware.  Any information contained in **Statement 7** shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

6.     **Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.   Given the scale of the Debtors' operations, certain losses, including those attributable to theft, are unable to be tracked by the Debtors with complete accuracy, and accordingly, such losses have not been listed on the Statements.

7.     **Statement 11**.  All disbursements listed in **Statement 11** were initiated and disbursed by iM3NY LLC. but were for the benefit of all Debtors.  Such payments have been listed only at this entity and not duplicated across all Debtors.

8.     **Statement 26d**. In addition to the parties disclosed in response to this question, the Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two (2) years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed all parties that may have received such financial statements for the purposes of **Statement 26d**.

9.     **Statement 28**.   For purposes of **Statement 28**, the Debtors' officers, directors, and shareholders and members or other individuals in control of the Debtors have been included.

10.    **Statement 30**.  All known disbursements to "insiders" of the Debtors, as discussed above, have been listed in the response to **Statement 4**.

- 11 -

**Fill in this information to identify the case:**

Debtor name: **iM3NY LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **25-10131**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**   $0.00
    Copy line 88 from Schedule A/B

1b. **Total personal property:**   $87,634,391.04
    Copy line 91A from Schedule A/B

1c. **Total of all property:**   $87,634,391.04
    Copy line 92 from Schedule A/B

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)   $131,016,357.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**   $14,460.06
    Copy the total claims from Part 1 from line 5a of Schedule E/F

3b. **Total amount of claims of nonpriority amount of unsecured claims:**   $35,865,741.04
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

**4. Total Liabilities**   $166,896,558.10
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: iM3NY LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10131

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 HSBC Bank | General Operating Account | 0867 | $46,552.67 |
| 3.2 M&T Bank | 401(k) and Worker's Compensation Insurance Depository | 5843 | $12,092.01 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $58,644.68 |

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 | |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1  Chubb: Prepaid D&O Insurance | $5,493.45 |
| 8.2  CAC Specialty: Prepaid D&O Insurance | $1,599.46 |
| 8.3  CAC Specialty: Prepaid Additional D&O Insurance | $284,010.42 |
| 8.4  Gelon LIB Company: Advance to Supplier | $101,580.19 |
| 8.5  Hagerman and Co.: Advance to Supplier | $272.87 |
| 8.6  IPG Photonics: Advance to Supplier | $900.00 |
| 8.7  Midwest Energy: Advance to Supplier | $39,648.00 |
| 8.8  mPlus: Advance to Supplier | $1,619,025.22 |
| 8.9  Primet: Advance to Supplier | $1,365,627.48 |
| 8.10  SAM North America: Advance to Supplier | $95,977.70 |
| 8.11  Sovema Group: Advance to Supplier | $17,472.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $3,531,606.79 |

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**11. Accounts receivable**

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ <br> face amount | – | _____ <br> doubtful or uncollectible accounts | = ........ ➜ | _____ |
| 11b. | Over 90 days old: | _____ <br> face amount | – | _____ <br> doubtful or uncollectible accounts | = ........ ➜ | _____ |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $0.00 |
|---|

---

**Part 4:**   **Investments**

---

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership:

| 15.1 | Imperium3 New York, Inc. | 95.5% | None | Undetermined |
|---|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | _____ | _____ | _____ |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

**Part 5:**   **Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1   Raw Materials | 1/21/2025 | $5,115,619.00 | Net Book Value | $5,115,619.00 |

**20. Work in progress**

20.1

| Work In Progress | 1/21/2025 | $4,728.00 | Net Book Value | $4,728.00 |

20.2

| Subassemblies | 1/21/2025 | $168,921.00 | Net Book Value | $168,921.00 |

**21. Finished goods, including goods held for resale**

21.1

| Interim Inventory | 1/21/2025 | $250,915.00 | Net Book Value | $250,915.00 |

21.2

| Finished Goods | 1/21/2025 | $0.00 | Net Book Value | $0.00 |

**22. Other inventory or supplies**

22.1

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $5,540,183.00 |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $12,376.62    Valuation method    Book Value    Current value    $12,376.62

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |

**31. Farm and fishing supplies, chemicals, and feed**

31.1 _____    _____    _____    _____

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____    _____    _____    _____

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Furnitures & Fixtures | $131,576.44 | Net Book Value | $131,576.44 |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   IT-Software | $225,968.08 | Net Book Value | $225,968.08 |
| 41.2   IT-Hardware & Related Costs | $69,361.58 | Net Book Value | $69,361.58 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____  _____  _____  _____

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $426,906.10 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2015 Ford T-350 Transit Wagon (VIN #1FBZX2CMXFKA00439) | $0.00 | Net Book Value | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels* | | | |
| 48.1 | | | |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Manufacturing Equipment | $18,045,203.19 | Net Book Value | $18,045,203.19 |
| 50.2<br>Tooling | $395,220.09 | Net Book Value | $395,220.09 |
| 50.3<br>Cap Design Costs | $4,163,320.72 | Net Book Value | $4,163,320.72 |
| 50.4<br>R&D Engineering Assets | $219,613.78 | Net Book Value | $219,613.78 |
| 50.5<br>Leasehold Improvements | $32,196,421.31 | Net Book Value | $32,196,421.31 |
| 50.6<br>CIP Clearing | $27,050.75 | Net Book Value | $27,050.75 |

| 50.7 | | | | |
|---|---|---|---|---|
| CIP Plant & Equipment | | $3,836,902.37 | Net Book Value | $3,836,902.37 |

| 50.8 | | | | |
|---|---|---|---|---|
| CIP Alevo Equipment | | $0.43 | Net Book Value | $0.43 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$58,883,732.64

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1** Office: 1093 Clark St | Lease | $0.00 | Book | $0.00 |
| **55.2** Factory: 1300 W Clark Street | Lease | $0.00 | Book | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | |
| **61. Internet domain names and websites** | | | |
| 61.1 www.iM3NY.com | $0.00 | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 General license for the use of Charge CCCV LLC, chemicals and technologies | $0.00 | None | Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 LinkedIn: iM3NY | | None | Undetermined |
| 64.2 FaceBook: iM3NY | | None | Undetermined |
| 64.3 X (twitter): @im3_ny | | None | Undetermined |
| 64.4 Instagram: @im3_ny | | None | Undetermined |
| **65. Goodwill** | | | |
| 65.1 | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____ _____ - _____ = ➔ _____
                      total face amount       doubtful or uncollectible
                                              amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 Small business payroll tax credit for increasing research activities     Tax year  2024     $37,582.83

**73. Interests in insurance policies or annuities**

73.1 Interest in Commercial Package Coverage (Commercial Property Liability, Commercial General Liability, and Commercial Auto Liability) Insurance Policy     Undetermined

73.2 Interest in Umbrella Liability Insurance Policy     Undetermined

73.3 Interest in Workers' Compensation Insurance Policy     Undetermined

73.4 Interest in Directors' and Officers' Liability Insurance Policy     Undetermined

73.5 Interest in Excess Directors' and Officers' Liability Insurance Policy Arch Insurance Company     Undetermined

73.6 Interest in Excess Directors' and Officers' Liability Insurance Policy Berkley Insurance Company     Undetermined

73.7 Interest in Excess Directors' and Officers' Liability Insurance Policy Endurance American Insurance Company     Undetermined

73.8 Interest in Excess Directors' and Officers' Liability Insurance Policy National Union Fire Insurance Company of Pittsburgh, PA (AIG)     Undetermined

73.9 Interest in Pollution Liability Insurance Policy     Undetermined

73.10 Interest in Commercial Auto Insurance Insurance Policy     Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____     _____

Nature of Claim   _____

Amount requested  _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

Nature of Claim _____

Amount requested _____

**76. Trusts, equitable or future interests in property**

76.1

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| Capitalized Loan Costs | $210,064.00 |

77.2

| ROU Lease | $18,945,671.00 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $19,193,317.83 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:  Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $58,644.68 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $3,531,606.79 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $5,540,183.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $426,906.10 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $58,883,732.64 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $0.00 |

**89. Intangibles and intellectual property..** Copy line 66, Part 10.      $0.00

**90. All other assets.** Copy line 78, Part 11.      $19,193,317.83

**91. Total. Add lines 80 through 90 for each column**    91a.    $87,634,391.04      91b.    $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.      $87,634,391.04

**Fill in this information to identify the case:**

Debtor name: iM3NY LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10131

☐ **Check if this is an amended filing**

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Admar Construction Equipment Supplies
449 Commerce Rd
Vestal, NY 13850

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Leased Equipment

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | |
|---|---|
| $0.00 | Undetermined |

**2.2**

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693

**Date debt was incurred?**
4/28/2023

**Last 4 digits of account number**
1930976

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Leased Equipment

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$0.00          Undetermined

**2.3**

HSBC Bank PLC
452 Fifth Ave
New York, NY 10018

**Date debt was incurred?**
4/14/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Senior Secured Term Loan

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$131,016,357.00          Undetermined

**2.4**

Phoenix Endicott Industrial
401 E Kilbourn Ave
Suite 201
Milwaukee, WI 53202

**Date debt was incurred?**
11/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Office: 1093 Clark St

**Describe the lien**
Real Property Lease

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent

☐ Unliquidated

☐ Disputed

$0.00    Undetermined

---

**2.5**

Phoenix Endicott Industrial
401 E Kilbourn Ave
Suite 201
Milwaukee, WI 53202

**Date debt was incurred?**
4/1/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Factory: 1300 W Clark St

**Describe the lien**
Real Property Lease

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent

☐ Unliquidated

☐ Disputed

$0.00    Undetermined

2.6

Xerox Financial Services
201 Merritt 7
Norwalk, CT 06851

**Date debt was incurred?**
1/31/2022

**Last 4 digits of account number**
193796

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Leased Equipment

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$0.00        Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $131,016,357.00

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

3.1

DLA Piper LLP (US)
Attn: Stuart Brown, Esq.
1201 N Market St
Suite 2100
Wilmington, DE 19801

**Fill in this information to identify the case:**

Debtor name: iM3NY LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10131

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

2.1

Aaron Martyak
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $1,122.66    Priority amount: $1,122.66

2.2

Araz Mizouri
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $614.56    Priority amount: $614.56

Debtor    iM3NY LLC
          Name

**2.3**

Ashti Doski
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$681.36    $681.36

**2.4**

Daniel Strohl
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$237.72    $237.72

**2.5**

Duane Stanke
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$2,458.82    $2,458.82

2.6

Eileen Updyke
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$489.21                              $489.21

2.7

Harry Williams
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$258.72                              $258.72

2.8

Jennica Harding
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,299.38                              $1,299.38

2.9

Jessica Brooks
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                  $1,539.29                    $1,539.29
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**
☐ No

☐ Yes

2.10

Jotiyar Taha
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                  $988.86                      $988.86
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**
☐ No

☐ Yes

2.11

Jumaa Barany
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                  $932.89                      $932.89
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**
☐ No

☐ Yes

**2.12**

Md Anisur Rahman
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,799.17    $1,799.17

---

**2.13**

Mohammed Bhuiyan
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$568.26    $568.26

---

**2.14**

Sulaiman Barwari
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$720.72    $720.72

2.15

Zeki Taha
Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued Vacation

**Is the claim subject to offset?**

☐ No

☐ Yes

$748.44        $748.44

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1

Airgas Inc.
PO Box 734445
Chicago, IL 60673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,184.56

3.2

Apex Logistics International (NY) Inc.
145-68 228th St
Unit 3-4
Springfield Gardens, NY 11413

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,689.06

**3.3**

Armor Battery Films
20, rue Chevreul
Nantes, CS 90508
France

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $98,998.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

Bloomberg Finance LP
731 Lexington Ave
New York, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $21,529.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.5**

Charge CCCV LLC
2226 Center of Excellence
SUNY Binghamton
Binghamton, NY 13902

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,000,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Licence Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.6**

ColumbiaSoft Corporation
15495 SW Sequoia Pkwy
Suite 190
Portland, OR 97224

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $9,960.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

Eastern Managed Print Network
PO Box 936724
Atlanta, GA 31193

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Equipment Lease

**Is the claim subject to offset?**
☑ No

☐ Yes

$51.84

**3.8**

Evan's Mechanical Inc.
314 Maple St
Endicott, NY 13760

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,128.00

**3.9**

Hana Technologies
56-7 Jeonnamugol-gil 3
Veon-gil Namsa-myeon
Cheon-gu Yongin-si
Gyeonggi-do 17118
South Korea

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,990,099.20

**3.10**

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,311.00

**3.11**

Latham & Watkins LLP
555 W Fifth St
Suite 300
Los Angeles, CA 90013-1020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $781,398.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
OCP

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.12**

Li Industries, Inc.
10021 Rodney St
Pineville, NC 28134

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13,002.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

LION Smart GmbH
Parkring 11-13
Garching bei, München 85748
Germany

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,962.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.14**

Matco Electric Corporation
3913 Gates Rd
Vestal, NY 13850

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $19,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.15**

Mike Driscoll
1093 Clark St
Endicott, NY 13760

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Board Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

Mona Dejani
1093 Clark St
Endicott, NY 13760

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $35,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

mPLUS
27 Oksansandan-ro, Oksan-myeon
Heungdeok-gu, Cheongju
Chungcheongbuk-do
South Korea

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

mPLUS
27 Oksansandan-ro, Oksan-myeon
Heungdeok-gu, Cheongju
Chungcheongbuk-do
South Korea

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $1,953,178.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

Norton Rose Fulbright
2200 Ross Ave
Suite 3600
Dallas, TX 75201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $80,742.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OCP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.20

Phoenix Endicott Industrial
401 E Kilbourn Ave
Suite 201
Milwaukee, WI 53202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $544,479.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accrued Utilities and Flex Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21

Phoenix Endicott Industrial
401 E Kilbourn Ave
Suite 201
Milwaukee, WI 53202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $21,772,320.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Right of Use Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

3.22

Phoenix Endicott Industrial
401 E Kilbourn Ave
Suite 201
Milwaukee, WI 53202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,111,285.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid rent and utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

Ramboll Americas Integrated Solutions, Inc.
500 First Ave
Pittsburgh, PA 15219

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,216,054.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

San Felipe Operating LLC
777 Post Oak Blvd
Suite 430
Houston, TX 77056

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $99,145.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

ShelterPoint Life
PO Box 9340
Garden City, NY 11530

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,294.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

Stratton
c/o Law Office of Sharon M. Sulimowicz
Attn: Sharon Sulimowicz
118 N Tioga St
Suite 202
Ithaca, NY 14850

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Potential Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    iM3NY LLC
Name

Case number *(if known)* 25-10131

3.27

Xerox Financial Services, LLC
PO Box 202882
Dallas, TX 75320

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $477.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Equipment Lease

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $14,460.06 |
| 5b. **Total claims from Part 2** | 5b. | $35,865,741.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $35,880,201.10 |

**Fill in this information to identify the case:**

Debtor name: iM3NY LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 25-10131

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** — Leased Equipment<br>**State the term remaining**<br>**List the contract number of any government contract** | Admar Construction Equipment Supplies, 449 Commerce Rd, Vestal, NY 13850 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** — Revised Delivery Schedule for Manufacturing and Supply Agreement<br>**State the term remaining**<br>**List the contract number of any government contract** | Apco Teknik, Attn: Erdal Cerci, Universiteler Mahallesi 1064, Cadde No: 9, Bilkent/Cankaya, Ankara, Turkey |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** — Compliance Certificate<br>**State the term remaining**<br>**List the contract number of any government contract** | Charge CCCV LLC |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Compliance Certificate | Charge CCCV LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Compliance Certificate | Charge CCCV LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Senior Secured Term Loan Credit Agreement | Charge CCCV LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Patent Security Agreement | Charge CCCV LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Trademark Security Agreement | Charge CCCV LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Senior Secured Term Loan Credit Agreement | Charge CCCV LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Senior Secured Term Loan Credit Agreement (as amended) | Charge CCCV LLC, 2226/2228 CoE, SUNY Binghamton, Binghamton, NY 13902 |
| | State the term remaining | 44685 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Letter and Engagement Agreement | Charge CCCV LLC, Attn: Clifford Olin, 45 Murray Hill Road, 2226 Center of Excellence, Vestal, NY 13850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Notice to Policyholders | Chubb Group of Insurance Companies, 202B Hall's Mill Rd, Whitehouse Station, NJ 08889 |
| | State the term remaining | 05/31/2025 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Specialty Apparel Rental Service Agreement | Cintas Corporation, 114 Center Point Blvd, Pittston, PA 18640 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent | Clean Energy Diversified Partners, LLC, 420 S Riverside Ave, Ste 319, Croton-on-Hudson, NY 10520 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | Cummins Inc., 500 Jackson St, Columbus, IN 47201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

2.16 **State what the contract or lease is for and the nature of the debtor's interest**
Email re: Monthly payments of board fees

Dawn Salvatore

**State the term remaining**

**List the contract number of any government contract**

2.17 **State what the contract or lease is for and the nature of the debtor's interest**
Alta Survey

Delta, Attn: Roger H. Holmes, L.S., 860 Hooper Rd, Endwell, NY 13760

**State the term remaining**

**List the contract number of any government contract**

2.18 **State what the contract or lease is for and the nature of the debtor's interest**
Record of Decision

Division of Environmental Remediation

**State the term remaining**

**List the contract number of any government contract**

2.19 **State what the contract or lease is for and the nature of the debtor's interest**
Record of Decision

Division of Environmental Remediation

**State the term remaining**

**List the contract number of any government contract**

2.20 **State what the contract or lease is for and the nature of the debtor's interest**
Quotation for Enphase Energy DVT Qualification - Test Group C

Enphase

**State the term remaining**

**List the contract number of any government contract**

2.21 **State what the contract or lease is for and the nature of the debtor's interest**
Quotation

Enphase Energy, Inc.

**State the term remaining**

**List the contract number of any government contract**

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation | Enphase Energy, Inc. |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Envoy, Inc., Attn: Justin Bullock, 410 Townsend St, San Francisco, CA 94107 |
| | **State the term remaining** | 05/12/2023 | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Envoy, Inc., Attn: Justin Bullock, 410 Townsend St, San Francisco, CA 94107 |
| | **State the term remaining** | 05/12/2023 | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Record of Decision | George F. Johnson Memorial Library, Attn: Reference Librarian, 1001 Park St, Endicott, NY 13760 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Record of Decision | George F. Johnson Memorial Library, Attn: Reference Librarian, 1001 Park St, Endicott, NY 13760 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Record of Decision | George F. Johnson Memorial Library, Attn: Reference Librarian, 1001 Park St, Endicott, NY 13760 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**2.28** State what the contract or lease is for and the nature of the debtor's interest

Contract of Sale

International Business Machines Corporation, New Orchard Road, Armonk, NY 10504

State the term remaining

List the contract number of any government contract

**2.29** State what the contract or lease is for and the nature of the debtor's interest

Letter of Intent

Jupiter Power LLC, 1108 Lavaca Street, Ste 110-349, Austin, TX 78701

State the term remaining

List the contract number of any government contract

**2.30** State what the contract or lease is for and the nature of the debtor's interest

Mutual Nondisclosure Agreement

Jupiter Power LLC, Attn: Legal, 1108 Lavaca Street, Suite 110-349, Austin, TX 78701

State the term remaining

List the contract number of any government contract

**2.31** State what the contract or lease is for and the nature of the debtor's interest

Engagement Letter

Latham & Watkins LLP, Attn: Peter M. Labonski, 1271 Avenue of the Americas, New York, NY 10020-1401

State the term remaining

List the contract number of any government contract

**2.32** State what the contract or lease is for and the nature of the debtor's interest

Revised Delivery Schedule for Manufacturing and Supply Agreement

Martime Tactical System, Inc., Attn: Bruce Hanson, 511 N. John Rodes Blvd, Melbourne, FL 32934

State the term remaining

List the contract number of any government contract

**2.33** State what the contract or lease is for and the nature of the debtor's interest

Battery Warranty Insurance

New Energy Risk

State the term remaining

List the contract number of any government contract

**2.34** State what the contract or lease is for and the nature of the debtor's interest

Record of Decision

New York State Department of Environmental Conservation, Division of Environmental Remediation, Remedial Bureau E, 625 Broadway, 12th Floor, Albany, NY 12233-7017

State the term remaining

List the contract number of any government contract

**2.35** State what the contract or lease is for and the nature of the debtor's interest

Joint Venture Agreement

Omega Seiki, Pvt Ltd. India, 6E, 6th Floor Uppal Plaza, Delhi, 110025, India

State the term remaining

List the contract number of any government contract

**2.36** State what the contract or lease is for and the nature of the debtor's interest

Memorandum of Understanding

Omega Seiki, Pvt Ltd., 6F, 6th Floor Uppal Plaza Building, Jasola District Center, Delhi, 110025, India

State the term remaining

List the contract number of any government contract

**2.37** State what the contract or lease is for and the nature of the debtor's interest

Rental Agreement

Pure Water Technology of WNY, 316 Seneca St, Suite 100, Buffalo, NY 14204

State the term remaining

List the contract number of any government contract

**2.38** State what the contract or lease is for and the nature of the debtor's interest

Senior Secured Term Loan Credit Agreement

Riverstone Credit Management LLC, 712 Fifth Ave, 36th Floor, New York, NY 10019

State the term remaining

05/04/2021

List the contract number of any government contract

**2.39** State what the contract or lease is for and the nature of the debtor's interest

Nondisclosure Agreement

Riverstone Credit Partners LLC, Attn: Eliot Cotton, 712 Fifth Avenue, 36th Floor, New York, NY 10019

State the term remaining

List the contract number of any government contract

**2.40**

**State what the contract or lease is for and the nature of the debtor's interest**

Notice

Savitech Agency Insurance, Security Mutual Building, PO Box 1923, Binghamton, NY 13902

**State the term remaining**

05/31/2023

**List the contract number of any government contract**

---

**2.41**

**State what the contract or lease is for and the nature of the debtor's interest**

Commercial Line Policy Common Declarations

Savitech Agency, 84 Exchange St, Ste 200, Binghamton, NY 13901

**State the term remaining**

05/04/2025

**List the contract number of any government contract**

---

**2.42**

**State what the contract or lease is for and the nature of the debtor's interest**

Purchase Order

Sukh Energy Limited, 52A Spring Grove Rd, Hounslow, Middlesex TW3 4BN, United Kingdom

**State the term remaining**

**List the contract number of any government contract**

---

**2.43**

**State what the contract or lease is for and the nature of the debtor's interest**

Revised Delivery Schedule for Manufacturing and Supply Agreement

Sukh Energy Pvt. Ltd., Attn: Ravi Virdi, 57 Burlington Road, Isleworth, Middlesex, TW7 4LX, England

**State the term remaining**

**List the contract number of any government contract**

---

**2.44**

**State what the contract or lease is for and the nature of the debtor's interest**

Client Agreement

The Research Foundation for The State University of New York, 35 State St, Albany, NY 12207

**State the term remaining**

**List the contract number of any government contract**

---

**2.45**

**State what the contract or lease is for and the nature of the debtor's interest**

Mutual Non-Disclosure Agreement

Xos Fleet, Inc.

**State the term remaining**

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: **iM3NY LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **25-10131**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Charge CCCV, LLC | Charge CCCV LLC<br>2226 Center of Excellence<br>SUNY Binghamton<br>Binghamton, NY 13902 | HSBC Bank PLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Imperium3 New York, Inc. | Imperium3 New York, Inc.<br>1093 Clark St<br>Endicott, NY 13760 | HSBC Bank PLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Magnis Energy Technologies | Magnis Energy Technologies<br>88 Phillip St<br>Aurora Place<br>Suite 903<br>Sydney, NSW 2000<br>Australia | HSBC Bank PLC | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: **iM3NY LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **25-10131**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

03/06/2025
_____
Executed on

_____
Signature of individual signing on behalf of debtor

Lukasz Cianciara
_____
Printed name

Chief Executive Officer
_____
Position or relationship to debtor